■ In the Matter of KIERAN DUFFY, Petitioner, v STEVEN M. JAEGER et al., Respondents. [910 NYS2d 654]—

Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent Steven M. Jaeger, a Justice of the Supreme Court, Nassau County, to permit the petitioner, a defendant in a criminal action entitled *People v Duffy*, pending in the County Court, Nassau County, under docket No. 33058/09, to enter the judicial diversion program without entering a plea of guilty, pursuant to CPL 216.05 (4) (b). Motion by the petitioner for leave to amend the petition to add Kathleen M. Rice, District Attorney, Nassau County, as a respondent.

Upon the papers filed in support of the motion, and no papers having been filed in opposition thereto, it is

*Ordered that the motion for leave to amend the petition to add Kathleen M. Rice, District Attorney, Nassau County, as a re-spondent is granted, and the caption is amended accordingly; and it is further,*

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Mastro, J.P., Covello, Dickerson and Roman, JJ., concur.